

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★        ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00493-CV

**IN RE SPECTRUM ASSOCIATION MANAGEMENT, LP**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed: August 11, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 1, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 355434, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding. However, the order complained of was signed by the Honorable Karen Crouch, presiding judge of the County Court at Law No. 8, Bexar County, Texas.